**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COURT OF COMMON PLEAS AND SUPERIOR COURTS OF PENNSYLVANIA, | : | No. 67 EM 2017 |
| | : | |
| | : | |
| Respondents | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ERNEST ADKINS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2017, the Petition for Extraordinary Relief is **DENIED**.